IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHAKA LEE: | : |
| | : |
| Plaintiff | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| SALEM MERHIGE, VEL-MAC FOODS, INC., | : NO. 20-CV-2070 |
| VELTRI, INC., and PENSKE LEASING | : |
| & RENTAL CO., | : |
| | : |
| Defendants | : |
| | : |
| vs. | : |
| | : |
| VERONICA PAULHILL-KELLY, | : |
| | : |
| Additional Defendant | : |
| VERONICA PAULHILL-KELLY | : |
| | : |
| vs. | : |
| | : |
| SALEM MERHIGE, VEL-MAC FOODS, INC., | : |
| VELTRI, INC., and PENSKE LEASING | : |
| & RENTAL CO. | : |

**O R D E R**

AND NOW, this   31st   day of July, 2020, upon consideration of the Motion of Plaintiff Chaka Lee to Remand to State Court (Doc. No. 3) and Defendants' Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED for the reasons set forth in the preceding Memorandum Opinion and this

matter is REMANDED to the Court of Common Pleas of Philadelphia County.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER,        J.